UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    No. 2:07-CR-20024

OMAR J. LINCOLN                                                                       DEFENDANT

## ORDER

Before the Court is Defendant Omar J. Lincoln's motion (Doc. 60) for early termination of his term of supervised release.[1] The Government filed a response (Doc. 61) indicating it does not oppose early termination. The Court may terminate a defendant's term of supervised release at any time after the defendant has spent at least one year on supervised release if the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In reaching its decision, the Court considers the sentencing factors set forth in 18 U.S.C. § 3553(a). Mr. Lincoln has completed three years of supervised release. He asks that his remaining two years be terminated so that he may accept a job offer in Oklahoma. After considering the applicable § 3553(a) factors, it is the Court's view that early termination is warranted by Mr. Lincoln's conduct and in the interest of justice.

IT IS THEREFORE ORDERED that Lincoln's motion (Doc. 60) for early termination of supervised release is GRANTED and his term of supervised release is TERMINATED.

IT IS SO ORDERED this 16th day of January, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] Mr. Lincoln asks the termination of his supervised release be effective March 20, 2017, but the Court cannot terminate supervised release retroactively.